U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 5 2013

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 6:12-CR-00176-1 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| CHRISTOPHER WALLACE | * | MAGISTRATE JUDGE HILL |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Christopher Wallace, and adjudges him guilty of the offenses charged in Count One of the Bill of Information against him.

THUS DONE AND SIGNED in chambers, this 25th day of September, 2013 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE