UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:12-cr-00176 |
| VS. | JUDGE FOOTE |
| CHRISTOPHER WALLACE | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 67], and after an independent review of the record including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Christopher Wallace's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60 [Record Document 66] is hereby **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of March, 2015.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE